**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| VICTOR GURVICH, | : | No. 218 WAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| BOARD OF PROPERTY ASSESSMENT | : | |
| APPEALS AND REVIEW OF ALLEGHENY | : | |
| COUNTY, PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of January, 2024, the Petition for Allowance of Appeal is

**DENIED**.